IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS

FILED
FT. SMITH DIST.

2014 MAR 7 AM 10 10

CAROLYN SOSEBEE                                                                    PLAINTIFF

CIR CLERK SEB CO

v.                          CV No: **CV-14-0222**

PINNACLE FOODS GROUP LLC                                           DEFENDANTS
JOHN DOE NO. 1, JOHN DOE NO. 2,
and JOHN DOE NO. 3

## COMPLAINT

Plaintiff, CAROLYN SOSEBEE, by and through her attorney, brings this action against Defendants PINNACLE FOODS GROUP LLC and JOHN DOES 1-3 and pleads as follows:

### PARTIES

1. Plaintiff Carolyn Sosebee is currently a citizen and resident of Sebastian County, Arkansas and was on March 17, 2011.

2. Defendant Pinnacle Foods Group LLC is a foreign for-profit Delaware limited liability company headquartered in Parsippany, New Jersey and is purposefully conducting business in the State of Arkansas. Its registered agent for service of process is The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201.

3. Defendants John Does 1-3 represent tortfeasors unknown to the Plaintiff and Plaintiff's counsel at the filing of this Complaint.

## JURISDICTION AND VENUE

4. That this complaint does not raise a Federal question and this Court has jurisdiction over the subject matter of this complaint.

5. That the plaintiff resided in this County at the time of the injury and that venue is in accordance with Ark. Code Ann. §16-60-112.

6. This Court has jurisdiction over this action and the above Defendants as a result of conducting business activities in Arkansas.

## FACTS

7. On March 17, 2011, Carolyn Sosebee was an over-the-road truck driver for West Northwest Transportation (hereinafter "West"), located at 3223 U.S. 64, Mulberry, Arkansas 72947.

8. On March 16, 2011, employees of Defendant Pinnacle Foods Group LLC loaded, inspected, and sealed a refrigerated trailer (hereinafter "trailer") at its facility located at 525 S. School Avenue, Fayetteville, Arkansas 72701.

9. On March 16, 2011, the sealed trailer was transported from the Pinnacle facility in Fayetteville, Arkansas to the West facility in Mulberry, Arkansas.

10. On March 16, 2011 at approximately 9:30 a.m., Plaintiff Carolyn Sosebee hitched the sealed trailer to her semi and transported said trailer from the West facility in Mulberry, Arkansas to Millard Cold Storage (hereinafter "Millard") located at 200 King Mill Road, McDonough, Georgia 30253.

11. When Plaintiff Carolyn Sosebee arrived at the Millard facility in McDonough, Georgia on March 17, 2011, the seal on the trailer remained unbroken.

12. Upon breaking the seal and opening the left-side door on the back of the trailer, a load lock bar (hereinafter "lock bar") fell out of the trailer and onto Plaintiff Carolyn Sosebee, causing severe personal injuries.

13. Defendant Pinnacle Foods Group LLC and its employees were responsible for the positioning of the lock bars in the trailer before it was sealed and transported to the Millard facility by Plaintiff Carolyn Sosebee.

## CAUSES OF ACTION

### Negligence of Shipper

14. A shipper that assumes the sole responsibility of loading a truck owes a duty to carriers to use ordinary care to prevent latent load defects.

15. A shipper that assumes the sole responsibility of loading a truck is generally liable for the defects which are latent and concealed and cannot be discerned by ordinary observations by the agents of the carrier.

16. The Defendant, Pinnacle Foods Group LLC, as shipper who assumed the sole responsibility of loading the trailer at its facility located at 525 S. School Avenue, Fayetteville, Arkansas, owed the Plaintiff a duty to use ordinary care to position the lock bars in a reasonably safe manner.

17. The Defendant, Pinnacle Foods Group LLC, breached its duty to the Plaintiff by failing to position the locks bars in the refrigerated trailer in a reasonably safe manner.

18. The latent defect of how the lock bars were positioned in the trailer was unknown and not obvious or discoverable to Plaintiff Carolyn Sosebee.

19. Plaintiff Carolyn Sosebee had no reasonable expectation of the latent defect of the positioning of the lock bars in the trailer.

20. The Defendant, Pinnacle Foods Group LLC, was negligent in failing to place the lock bars in a reasonably safe position that would prevent injury to carriers and in failing to inspect the lock bars to prevent latent defects.

21. Defendant Pinnacle Foods Group LLC's negligence as detailed above proximately caused injuries to Plaintiff Carolyn Sosebee, including past and future suffering, emotional suffering, loss of wages, loss of future earning capacity, permanent injury and disability, and scarring and disfigurement for which the Defendant Pinnacle Foods Group LLC is liable.

### Res Ipsa Loquitor

22. The preceding allegations are adopted as if set forth here verbatim where relevant.

23. The Defendant, Pinnacle Foods Group LLC, owed a duty to the Plaintiff, Carolyn Sosebee as an agent of the carrier to use ordinary care to prevent latent load defects.

24. Plaintiff Carolyn Sosebee's injuries were attributable to the dangerous positioning of the lock bars which were under the exclusive control of the Defendant Pinnacle Foods Group LLC.

25. In the normal course of events, no injury would have occurred if Defendant Pinnacle Foods Group LLC had used ordinary care while the lock bars were under its exclusive control.

26. Defendant Pinnacle Foods Group LLC's conduct as detailed above proximately caused Plaintiff Carolyn Sosebee's injuries and as a result of these injuries, Carolyn Sosebee has incurred damages for which defendants are liable.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

<u>PRAYER FOR RELIEF</u>

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays for judgment against the Defendants for the incurred injuries, for past and future pain and suffering, emotional suffering, loss of wages, loss of future earning capacity, permanent injury and disability, and for scarring and disfigurement in an amount in excess of $75,000 exclusive of their costs, and any and all other relief to which this Court may find her entitled.

Respectfully Submitted,

Carolyn Sosebee, Plaintiff

By: _____
Adrienne Kincaid Murphy
Arkansas Bar No. 20025188
Martin Law Firm
P.O. Box 3597
Fayetteville, AR 72702
(479) 442-2244 phone
(479)442-0134 facsimile
adrienne@martinlawpartners.com

## AFFIDAVIT

Comes now the undersigned and solemnly swears that the following facts and information are true and correct to the best of her knowledge and belief:

1. I am the attorney for the Plaintiff in the attached pleading.

2. Neither me nor my client knows the identity of the John Does 1-3 designation as set forth in the pleading nor the insurance carrier for any entity or individual not susceptible to a direct cause of action.

3. Upon determining the identity of the unknown party or insurance carrier responsible for the injuries and damages sustained by the Plaintiff, I will timely amend the Complaint to specifically designate the name of the unknown party.

4. This Affidavit is filed in accordance with Ark. Code Ann. § 16-56-125.

Adrienne Kincaid Murphy

## VERIFICATION

STATE OF ARKANSAS )
) ss
COUNTY OF WASHINGTON )

I, Adrienne Kincaid Murphy, state upon oath that the facts and allegations contained in the foregoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____
Adrienne Kincaid Murphy

SUBSCRIBED AND SWORN TO before me, a Notary Public, on this _____ day of March, 2014.

_____
Notary Public

My Commission Expires:

June 9, 2018



LAURA REAGAN
MY COMMISSION # 12368227
EXPIRES: June 9, 2018
Washington County